# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.
05 SEP 19 PM 5: 10

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| **DILLON STONE CORPORATION,**<br><br>Plaintiff,<br><br>vs.<br><br>**M.A. MORTENSON COMPANY,<br>FEDERAL INSURANCE COMPANY, and<br>AMERICAN HOME ASSURANCE COMPANY,**<br><br>Defendants. | Civil Action No.: 05-2587 MlV |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

**IT APPEARING** to the Court that Defendants' Unopposed Motion for an Extension of Time to File Answer is uncontested and well-taken;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Defendants' Unopposed Motion for Extension of Time to File Answer should be GRANTED and Defendants will have until Friday, October 14, 2005 to file their Answers to Plaintiff's Complaint for Damages.

_/s/ Diane K. Vescovo_
~~JUDGE JON P. McCALLA~~
Date: September 19, 2005

M2:20738880.01

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-20-05

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CV-02587 was distributed by fax, mail, or direct printing on September 20, 2005 to the parties listed.

---

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Scott A. Frick
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Honorable Jon McCalla
US DISTRICT COURT