FILED BY [initials] D.C.
05 SEP 20 PM 4:10
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

SEP 16 2005
AFTER HOURS DEPOSITORY
Thomas M. Gould, Clerk
U.S. District Court
W. D. OF TN, Memphis

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

DILLON STONE CORPORATION,

    Plaintiff,

vs.

M.A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE COMPANY,

    Defendants.

Civil Action No.: 05-2587 MIV

MOTION GRANTED
[signature] JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Sept. 20, 2005
DATE

---

### DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER AND CERTIFICATE OF CONSULTATION

    **COME NOW** Defendants, by and through counsel, and pursuant to Federal Rule of Civil Procedure 6(b), hereby move the Court for an order extending the time for them to file their Answers to Plaintiff's Complaint on or before Friday, October 14, 2005.

    In support thereof, Defendants state that Plaintiff filed its Complaint for Damages on July 8, 2005 in Shelby County Chancery Court. Defendants removed the instant action to this Court on August 12, 2005. Upon an unopposed motion by Defendants, this Court granted Defendants an extension to file their Answers until September 2, 2005. Again, upon an unopposed motion by Defendants, this Court granted Defendants another extension to file Answers on or before September 16, 2005.

    As the parties previously advised, they are very close to reaching a settlement in the above-captioned matter and Defendants' counsel has received the consent of Plaintiff's counsel to further extend the time for Defendants to file their Answers in hopes that the case will settle and make the filing of such Answers unnecessary. Defendants respectfully request this Court to

issue an order granting additional time to file their Answers in order to let settlement discussions run their course without further litigation expense.

Federal Rule of Civil Procedure 6(b) provides that this Court "for cause shown may at any time in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed . . . , or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect." Fed. R. Civ. P. 6(b). Defendants have requested this extension of time before the expiration of the period originally prescribed.

Furthermore, as indicated in the Certificate of Consultation, counsel for Defendants consulted with Plaintiff's counsel, and he has indicated that he has no objection to the extension. Finally, no prejudice will result to the Plaintiff if this motion if granted.

**WHEREFORE, PREMISES CONSIDERED,** Defendants pray that their motion be granted.

### CERTIFICATE OF CONSULTATION

Pursuant to The United States District Court for the Western District of Tennessee Local Rule 7.2(a)(1)(B), the undersigned counsel for Defendants conferred with counsel for Plaintiff with regard to Defendants' Unopposed Motion Extension of Time to File Answer, and he indicated that he did not have an objection to the extension.

NATHAN BRENNAMAN

Respectfully submitted,

**GLANKLER BROWN, PLLC**
1700 One Commerce Square
Memphis, Tennessee 38103
Phone: (901) 525-1322
Facsimile: (901) 525-2389

By: _____
John I. Houseal, Jr. (#8449)
Van D. Turner, Jr. (#022603)

Attorneys for Mortenson and
American Home

**HARRIS SHELTON HANOVER WALSH, PLLC**
2700 One Commerce Square
Memphis, Tennessee 38103
Phone: (901) 525-1455
Facsimile: (901) 526-4082

By: _____
Max Shelton (#7742)
Elijah Noel, Jr. (#8655)

Attorneys for Federal

**Of Counsel:**

James J. Hartnett (#238624-MN)
Faegre & Benson LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Phone: (612) 776-7000

Attorneys for Mortenson, American Home and Federal

3

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing, Motion, was mailed, postage prepaid, to the following on this the 19th day of September, 2005:

Scott A. Frick
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
(901) 525-6781

_____
VAN D. TURNER, JR.

M2:20738879.01

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02587 was distributed by fax, mail, or direct printing on September 21, 2005 to the parties listed.

---

Scott A. Frick
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT