IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 OCT 18  AM 10: 47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

DILLON STONE CORPORATION,

    Plaintiff,

vs.                       Civil Action No.: 05-2587 MIV

M. A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE COMPANY,

    Defendants.

---

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER

---

**IT APPEARING** to the Court that Defendants' Motion for an Extension of Time to File Answer is well-taken;

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that Defendants' Motion for Extension of Time to File Answer should be **GRANTED** and Defendants shall have until Friday, October 28, 2005 to file their Answers to Plaintiff's Complaint for Damages.

_Diane K. Vescovo_
JUDGE – U.S. Magistrate Judge
Date: October 17, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-18-05

1



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02587 was distributed by fax, mail, or direct printing on October 18, 2005 to the parties listed.

---

Scott A. Frick
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT