IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

DILLON STONE CORPORATION,

    Plaintiff,

v.

    Civil Action No. 05-2587

M. A. MORTENSON COMPANY,
FEDERAL INSURANCE COMPANY, and
AMERICAN HOME ASSURANCE COMPANY,

    Defendants.

---

## STIPULATION AND ORDER

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties hereto, through their respective counsel, that M. A. Mortenson Company, Federal Insurance Company, and American Home Assurance Company's Answers to Plaintiff's Complaint, and the Parties' Joint Proposed Scheduling Order need not be filed with the court until 60 days from the date of this order, to allow the parties to pursue further settlement discussions. Furthermore, by the Court's permission, the Court's Scheduling Conference, currently scheduled for November 3, 2005 at 2:00 p.m. will also be postponed for 60 days from the date of this order.

Dated: October 28, 2005

    **GLANKLER BROWN, PLLC**
    1700 One Commerce Square
    Memphis, Tennessee 38103
    Phone: (901) 525-1322
    Facsimile: (901) 525-2389

    _____
    John I. Houseal (#8449)

Van D. Turner, Jr. (#022603)
Attorneys for M. A. Mortenson Company and
American Home Assurance Company

**HARRIS SHELTON HANOVER
WALSH, PLLC**
2700 One Commerce Square
Memphis, Tennessee 38103
Phone: (901) 525-1455
Facsimile: (901) 526-4082

By: _Elijah Noel, Jr. - By VDT_
Max Shelton (#7742)
Elijah Noel, Jr. (#8655)
Attorneys for Federal Insurance Company

**OF COUNSEL:**
James J. Hartnett (#0238624)
Nathan A. Brennaman (#331776)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 766-7000
Attorneys for M. A. Mortenson Company,
Federal Insurance Company, and American
Home Assurance Company

Dated: October 28, 2005

**EVANS & PETREE PC**

_Scott A. Frick - By VDT_
Scott A. Frick (#12972)
1000 Ridgeway Loop Road, Suite 200
Memphis, TN 38120
(901) 525-6781        (901) 521-0681

So Ordered.

Date: _October 31_, 2005
By: _Diane K. Vescovo_
Judge Diane K. Vescovo

M2:20751156.01

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02587 was distributed by fax, mail, or direct printing on October 31, 2005 to the parties listed.

---

Scott A. Frick
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Max Shelton
HARRIS SHELTON DUNLAP COBB & RYDER
2700 One Commerce Sq.
Memphis, TN 38103

Van Davis Turner
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

John I. Houseal
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT